IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

CHARLES RANDALL HARRISON,       )
                                )
            Petitioner,          )
                                )
    v.                           )      Civil Action No. 2:17cv42-WHA
                                )                   [WO]
STATE OF ALABAMA, *et al.*,      )
                                )
            Respondents.         )

## ORDER

On January 28, 2019, the Magistrate Judge filed a Recommendation (Doc. # 14) to

which no timely objections have been filed.  Upon an independent review of the record and

upon consideration of the Recommendation, it is ORDERED that

(1) The Recommendation (Doc. # 14) is ADOPTED;

(2) Petitioner's petition for writ of habeas corpus under 28 U.S.C. § 2254 (Doc. # 1)

is DENIED; and

(3) This case is DISMISSED with prejudice.

A separate final judgment will be entered.

DONE this 19th day of February, 2019.


    /s/  W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE