IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| CHARLES RANDALL HARRISON, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civil Action No. 2:17cv42-WHA |
| | ) | [WO] |
| STATE OF ALABAMA, *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |

## **ORDER**

The order and final judgment entered on February 19, 2019 (Docs. # 15 & 16), are hereby VACATED.

This case is before the court on the Recommendation of the Magistrate Judge filed on January 28, 2019 (Doc. # 14). Also before the court are Petitioner's objections to the Recommendation (Doc. # 17). Upon an independent and *de novo* review of the record and upon consideration of the Recommendation and objections, it is ORDERED that

(1) Petitioner's objections (Doc. # 17) are OVERRULED;

(2) The Recommendation (Doc. # 14) is ADOPTED;

(3) Petitioner's petition for writ of habeas corpus under 28 U.S.C. § 2254 (Doc. # 1) is DENIED; and

(4) This case is DISMISSED with prejudice.

A separate final judgment will be entered.

DONE this 14th day of March, 2019.

                /s/ W. Harold Albritton
            W. HAROLD ALBRITTON
            SENIOR UNITED STATES DISTRICT JUDGE